UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KASI ALFORD,

    Plaintiff,                        Case No. 18-cv-10466

v.                                      Paul D. Borman
                                      United States District Judge

D. BUTLER, *et al.*,

                                      Elizabeth A. Stafford
    Defendants.                United States Magistrate Judge

_____/

ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S
MARCH 20, 2019 REPORT AND RECOMMENDATION (ECF NO. 30), and
GRANTING DEFENDANT CHRISTINE WILSON DE MEDINA'S MOTION
FOR SUMMARY JUDGMENT BASED ON FAILURE
TO EXHAUST ADMINISTRATIVE REMEDIES (ECF NO. 14)

On March 20, 2019, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to grant Defendant Christine Wilson de Medina's Motion for Summary Judgment based on failure to exhaust administrative remedies. (ECF No. 30, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 30), and GRANTS Defendant De Medina's Motion for Summary Judgment

1

(ECF No. 14).

IT IS SO ORDERED.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: July 1, 2019