UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KASI ALFORD,

       Plaintiff,                           Case No. 18-cv-10466

v.                                            Paul D. Borman
                                            United States District Judge

D. BUTLER, *et al.*,

                                            Elizabeth A. Stafford
       Defendants.                   United States Magistrate Judge

_____/

## ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S JANUARY 28, 2020 REPORT AND RECOMMENDATION (ECF NO. 41), and GRANTING DEFENDANT JAMES GRIGG'S MOTION FOR SUMMARY JUDGMENT BASED ON FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES (ECF NO. 33)

On January 28, 2020, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to grant Defendant James Grigg's Motion for Summary Judgment based on failure to exhaust administrative remedies. (ECF No. 41, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 41), and GRANTS Defendant Grigg's Motion for Summary Judgment (ECF No. 33).

This Order does not close the case.

IT IS SO ORDERED.

Dated:  February 21, 2020		s/Paul D. Borman
					Paul D. Borman
					United States District Judge