UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KASI ALFORD,

       Plaintiff,                         Case No. 18-cv-10466

v.                                          Paul D. Borman
                                            United States District Judge

D. BUTLER, *et al.,*

                                            Elizabeth A. Stafford
       Defendants.                  United States Magistrate Judge

_____/

ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S
NOVEMBER 9, 2020 REPORT AND RECOMMENDATION (ECF NO. 61),
AND GRANTING DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT (ECF NO. 58)

On November 9, 2020, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to grant Defendants Donna Butler, Jennifer Denney, and Natasha Reed's Second Motion for Summary Judgment. (ECF No. 61, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich. L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 61), and GRANTS Defendants' Second Motion for Summary Judgment (ECF No. 58).

This Order closes the case.

IT IS SO ORDERED.

                                                   s/Paul D. Borman
                                                   Paul D. Borman
                                                   United States District Judge

Dated: December 8, 2020